This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

### IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**JOHNNIE JOHNSON,**

Plaintiff-Appellee,

v.                              **NO. 30,645**

**SUN PRODUCTS, INC., and**
**GUY COURTNEY,**

Defendants-Appellants.

**APPEAL FROM THE DISTRICT COURT OF LUNA COUNTY**
**Henry R. Quintero, District Judge**

Frederick H. Sherman
Deming, NM

for Appellee

John D. Wheeler
Alamogordo, NM

for Appellants

### MEMORANDUM OPINION

**KENNEDY, Judge.**

Summary dismissal was proposed for the reasons stated in the calendar notice. No memorandum opposing summary dismissal has been filed, and the time for doing so has expired. **DISMISSED.**

**IT IS SO ORDERED.**

_____
**RODERICK T. KENNEDY, Judge**

**WE CONCUR:**

_____
**LINDA M. VANZI, Judge**

_____
**TIMOTHY L. GARCIA, Judge**